### WEST BOYLSTON.

The fact, that the warrant for notifying a meeting for the choice of representatives does not specify the time for opening the poll, agreeably to the provisions of the statute of 1830, c. 42, is not sufficient, of itself, to invalidate the election.

The report in this case was as follows:—

" The committee on elections find that Ezra Beaman and others, inhabitants of West Boylston, petition against the right of Silas Walker and Benjamin F. Keyes to seats in this house, on the ground, that the warrant, calling the town-meeting at which they were elected, did not conform to the provisions of the statutes.

A certified copy of the warrant was exhibited, which the sitting members admitted to be correct; and the member who offered the petition stated that no other evidence would be offered.

[1] Ante, 34.          [2] Ante, 47.          [3] 62 J. H. 53, 59, 71.

The inhabitants were summoned to meet 'at one o'clock in the afternoon,' 'to bring in their votes to the selectmen, for a governor, and lieutenant-governor of the commonwealth, and for six senators, on one ballot, for the district of Worcester for the year ensuing. Also to determine the number of representatives said town will choose for the present year. Also to choose one or more representatives to represent them in the general court.' And the warrant then goes on to specify other subjects to be attended to.

From the above statement it is apparent, that the warrant does not specify (otherwise than by implication, if at all) the hour at which the polls would be opened. But there is no allegation or suspicion of fraud in this case, or of any injurious result arising from this omission; and the committee are of opinion, that it is not sufficient to vacate the seats of the sitting members.

The committee therefore report, that the petitioners have leave to withdraw their petition."

This report was agreed to.[1]